Will Goff, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Clay.

Writ of error dismissed on motion of Attorney General; costs taxed against the County of Clay.

A. H. Bell, for Plaintiff in Error;

T. F. West, Attorney General, for the State.

———

Farmers & Mechanics National Bank of Phoenixville, Pennsylvania, Appellant, v. Catherine C. Kulp, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Osceola.

Appeal dismissed by the court at costs of appellant.

Vans Agnew & Crawford, for Appellant;

Johnston & Garrett, for Appellee.